1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  SAMANTHA BENNETT (NYBN 5132063)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       samantha.bennett@usdoj.gov
8
9  Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )  CASE NO. 4-21-MJ-71002 MAG
                                       )
14          Plaintiff,                 )
                                       )  **STIPULATION AND ORDER**
15     v.                              )  **CONTINUING HEARING**
                                       )
16  DAVID MCCONNELL,                   )  Current Date: February 3, 2022 at 10:00 A.M.
                                       )  Proposed Date: April 11, 2022 at 10:00 A.M.
17                                     )
            Defendant.                 )
18                                     )
                                       )
19  _____)

20        The defendant is currently scheduled to appear before the Court on February 3, 2022, at 10:00

21  A.M., for status on detention, and status on preliminary hearing or arraignment.  The government and

22  defense counsel have conferred and continue to confer in an attempt to reach a prompt pre-indictment

23  resolution.  The government has produced discovery and relayed a pre-indictment plea offer, which

24  defense counsel needs additional time to review with the defendant.  Defense counsel is continuing to

25  research and investigate necessary information as well, including in light of recent legal developments.

26  Defense counsel's review of the materials and offer with defendant has further been limited because of

27  recent quarantines at the Santa Rita Jail.  The parties are therefore requesting that the status regarding

28  preliminary hearing or arraignment be rescheduled to April 11, 2022, at 10:00 A.M. to allow for the

1 | effective preparation of counsel.

2 |       The parties are further requesting that the time between February 3, 2022, and April 11, 2022, be

3 | excluded from the speedy trial clock.  The parties agree that the additional time is necessary for effective

4 | preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice

5 | served by granting the continuance outweigh the best interest of the public and the defendant in a speedy

6 | trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

7 |       The parties further submit that good cause exists for extending the time limits for preliminary

8 | hearing under Federal Rule of Criminal Procedure 5.1, and for extending the 30-day time period for an

9 | indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).   The defendant

10 | consents to the extension of time.

11 |       The undersigned Assistant United States Attorney certifies that she has obtained approval from

12 | counsel for the defendant to file this stipulation and proposed order.

13 | DATED: February 1, 2022               Respectfully Submitted,

14 | STEPHANIE M. HINDS

15 | United States Attorney

16 |                             //S//

16 | SAMANTHA BENNETT

17 | Assistant United States Attorney

18 |                             //S//

18 | JOHN PAUL REICHMUTH

19 | Attorney for David McConnell

STIPULATION AND ORDER
CASE NO. 4-21-MJ-71002 MAG

**ORDER**

The status hearing currently scheduled for defendant David McConnell for February 3, 2022, is rescheduled for April 11, 2022, at 10:00 A.M.

The Court further finds that the exclusion of time from February 3, 2022, through and including April 11, 2022, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161 (h)(7)(B)(iv).

The Court further finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1, and for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED:  February 2, 2022

HON. KANDIS A. WESTMORE
United States Magistrate Judge