FILED

May 06 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2
3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  SAMANTHA BENNETT (NYBN 5132063)
   Assistant United States Attorney

5
6      1301 Clay Street, Suite 340S
       Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       samantha.bennett@usdoj.gov

8
   Attorneys for United States of America

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:21-MJ-71002 MAG |
| Plaintiff, | NOTICE OF DISMISSAL AND ORDER |
| v. | |
| DAVID MCCONNELL, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint against David McConnell.

DATED: April 28, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*Thomas A. Colthurst*

THOMAS A. COLTHURST
Chief, Criminal Division

NOTICE OF DISMISSAL AND ORDER
No. 4:21-mj-71002 MAG

v. 8/4/2021

1    Leave is granted to the government to dismiss the complaint against David McConnell.

4   Date: May 6, 2022

_____
HON. DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*